*Re: Warrant for arrest of* David Daniel Sallee which are incorporated herein by this reference.

## AFFIDAVIT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2021

SEAN F. McAVOY, CLERK

STATE OF WASHINGTON   )
                      :ss
County of Spokane     )

Drew Rodman, being first duly sworn on oath, deposes and states: I am a Federal Agent with Homeland Security Investigations and have been so employed since 2010. I am currently assigned to the Spokane Resident Agent in Charge Office, and I am responsible for investigating controlled substance violations as well as firearm violations. In this capacity I have received specialized training in investigations involving the transportation, packaging, and sales of controlled substances, as well as identification of controlled substances and interdiction of controlled substances. I have also received training on the identification of firearms as well as the incidents of prohibited use by felons.

1. In conjunction with my official duties, your affiant has conducted an investigation into the circumstances involving the law enforcement encounter of Daniel Sallee on February 6, 2021 in Whitman County, to wit: possession of controlled substances by Daniel Sallee.

2. On or about February 12, 2020, your affiant conducted a review of the reports on Sallee's encounter and arrest by Whitman County Sheriff's Office on February 6, 2021. The report documents that Sallee and a female were just north of

Affidavit of SA Drew Rodman - 1

Colfax, Washington, and had gotten stuck in mud on a farm road. Sallee's location was communicated to the Whitman County Sheriff's Office by a farmer living in the area. Garfield Police Officer Joe Handley was the first to respond to the scene. Officer Handley identified the subjects and did the initial records search on Sallee and his female companion. Both records returned that they were convicted felons. Shortly afterwards, Whitman County Deputies Jordan and Nebe arrived. Under questioning, Sallee stated that the vehicle was owned by him. Sallee said that he left Spokane last night and picked up the female passenger in Tri-Cities. He was returning to Spokane with the female passenger when they became stuck in the mud. He said that they were stuck on the road all night. Deputy Jordan noticed a shell casing on top of the vehicle, and placed Sallee into handcuffs for officer safety based on the belief there was a firearm and ammunition inside the vehicle. Sallee stated that in the morning two guys showed up in a Subaru and started talking to him. He said he did not know who they were but they came from the Tri Cities. He said the two guys started shooting a gun by his car and that was why there were shell casings around the car. Sallee was placed under arrest on a state charge related to his operation of a motor vehicle without a valid operator's license and without identification. Sallee's vehicle was seized pending the officers' application for a search warrant. Sallee was searched incident to arrest and was found to have approximately $2692 in his possession. Sallee was taken to the Whitman County Jail and Deputy Jordan applied for and received a search warrant

Affidavit of SA Drew Rodman - 2

for Sallee's vehicle from Whitman County Judge Hart. Deputies Jordan, Nebe, Cooper and Officer Handley participated in the search of the vehicle and found the following items: a loaded Ruger 9mm pistol reported stolen out of Spokane, WA; a .22 caliber Smith and Wesson pistol, approximately 60 grams of heroin (gross weight), approximately 100 fentanyl pills, and smaller quantities of methamphetamine, oxycodone, Viagra and Xanax; packaging material in different sizes, and scales with drug residue on it. Based on my training and experience, the combination of the quantity of heroin, the packaging material, the cash, the firearms (one of which was both loaded and reported stolen), and Sallee's description of his trip to Tri-Cities are all indicative of drug trafficking and thus of the possession of heroin with intent to distribute it to others.

3. Your affiant further conducted Washington State Department of Licensing queries for the name "Daniel Sallee" in Washington State and received four results, one of which was Daniel David Sallee with a date of birth of 11/11/1990, driver's license number SALLEEDD102QJ, and registered street address of 13017 W Four Lakes, WA, 99014.

4. Your affiant conducted a NCIC criminal history query for Daniel Sallee with a date of birth of 11/11/1990 and learned there was an identifiable record in the Interstate Identification Index under the FBI number of:333033NC1. This record shows state arrests and convictions for the following:

| | |
|---|---|
| FELON IN POSSESSION OF A WEAPON | 07/17/2018 |
| THEFT-2 | 01/12/2017 |

Affidavit of SA Drew Rodman - 3

| | |
|---|---|
| ASSAULT-3 | 03/13/2014 |
| TAKE MTR VEHICLE W/OUT PERMISSION-2 | 12/02/2011 |
| CONT SUB-POSSESSION NO PRESCRIPTION | 09/09/2010 |
| ROBBERY-2 | 02/23/2010 |
| POSSESSION OF STOLEN PROPERTY (Juvenile Offense) | 08/20/2008 |
| BURGLARY-2 (Juvenile Offense) | 09/27/2007 |

5. Of these crimes, the arrest and conviction for Assault-3 carried a state sentencing range of 12-16 months.

6. On February 15, 2021, your affiant contacted the Spokane Police Department and was given confirmation that Daniel Sallee was a documented Norteno gang member in their database.

7. Based on the facts stated above in this affidavit, your affiant requests the court issue a warrant for the arrest of Daniel Sallee, a white male with a date of birth of November 11, 1990, charging him with the crime of possession with the intent to distribute a controlled substance, to wit: heroin, in violation of 21 U.S.C. §841(a)(1).

_____
Special Agent Drew Rodman
Homeland Security Investigations

SUBSCRIBED and SWORN telephonically and SIGNED electronically this

30 of March, 2021.

_____
JOHN T. RODGERS
United States Magistrate Judge

Affidavit of SA Drew Rodman - 4