PROB 12C
(6/16)

Report Date: July 16, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel David Sallee    Case Number: 0980 2:21CR00036-RLP-1

Address of Offender: ███████████████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: March 23, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2); Possession With the Intent to Distribute Heroin and Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)©; | |
| Original Sentence: | Prison - 51 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: September 20, 2024 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 19, 2028 |

## PETITIONING THE COURT

To **issue a SUMMONS**

On September 20, 2024, Mr. Daniel Sallee signed his conditions relative to case number 2:21CR00036-RLP-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Sallee is alleged to have violated mandatory condition number 3 by ingesting methamphetamine and marijuana on or about July 13, 2025, based on the subject's own admission of such use. |
| | Specifically, on July 14, 2025, Mr. Sallee reported to the U.S. Probation Office in Spokane for the purpose of participating in random urinalysis testing. Prior to testing, Mr. Sallee admitted that he would likely test presumptive positive for methamphetamine, marijuana and alcohol, admitting to ingesting all three substances the day prior (July 13, 2025). Mr. Sallee did sign a drug use admission form serving to memorialize his admission as stated. |

Prob12C
Re: Sallee, Daniel David
July 16, 2025
Page 2

2   **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Sallee is alleged to have violated special condition number 5 by ingesting alcohol on or about July 13, 2025, based on the subject's own admission of such use.

Specifically, on July 14, 2025, Mr. Sallee reported to the U.S. Probation Office in Spokane for the purpose of participating in random urinalysis testing. Prior to testing, Mr. Sallee admitted that he would likely test presumptive positive for methamphetamine, marijuana and alcohol, admitting to ingesting all three substances the day prior (July 13, 2025). Mr. Sallee did sign a drug use admission form serving to memorialize the admission as stated.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 16, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/16/2025

Date